UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RONDELL D. FARROW, JR.,
RICHARD A. BIZARDI,
and DEREK SEDORE,

         Plaintiff,    9:18-CV-0804
                 (DNH/DJS)

  v.

THE COUNTY OF CAYUGA,
DAVID GOULD, Sheriff; and
JOHN/JANE DOE(S),
Administration of Cayuga County
Jail,

         Defendants.

---

APPEARANCES:

RONDELL D. FARROW, JR.
16-B-1644
Plaintiff, Pro se
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

RICHARD A. BIZARDI
7253
Plaintiff, Pro se
Cayuga County Jail
7445 County House Road
Auburn, NY 13021

DERRICK SEDORE
11928 Plaintiff, Pro se
Cayuga County Jail
7445 County House Road
Auburn, NY 13021

DAVID N. HURD
United States District Judge

## DECISION and ORDER

This action was originally commenced by six pro se plaintiffs pursuant to 42 U.S.C. § 1983 ("Section 1983").[1]  Dkt. No. 1.

As a result of four prior Orders, Eugene D. James, Brett H. Thomas, and Kevin Z. Daniels have been dismissed as plaintiffs from this action.  Dkt. Nos. 5, 12, 17 and 21.

The remaining plaintiffs in this action are:  Rondell D. Farrow, Jr. ("Farrow"), Richard A. Bizardi ("Bizardi"), and Derrick Sedore ("Sedore").  *Id.*

On March 13, 2019, Sedore filed motions for the appointment of counsel and for an extension of time to file an Amended Complaint.  Dkt. No. 18.  The Court denied the motion for counsel and afforded Sedore another opportunity to comply with the prior Orders.  *Id*. at 5.

In light of the extension, the Court also afforded Farrow and Bizardi a final opportunity to comply with the prior Orders and to submit an amended pleading.

As of the date of this Decision and Order, plaintiffs have not complied with the March Order, nor have they communicated with the Court in any manner regarding this action.

Therefore, it is

ORDERED that

1. This action is **DISMISSED** without prejudice due to plaintiffs' failure to comply with the prior Orders of this Court and the Clerk is directed to enter judgment accordingly; and

2. The Clerk shall serve a copy of this Decision and Order on plaintiffs at their

---

[1]  A more complete history of this action to date can be found in the prior Decisions and Orders filed on July 27, 2018, October 25, 2018, November 28, 2018, and March 3, 2019.  *See* Dkt. No. 5 (the "July Order"), Dkt. No. 12 (the "October Order"),  Dkt. No. 17 (the "November Order"), and Dkt. No. 21 (the "March Order").

address of record.

       IT IS SO ORDERED.

Dated: May 29, 2019
       Utica, New York.

_____
United States District Judge